# United States District Court

## WESTERN DISTRICT OF WASHINGTON

JAMES A. GARDIN

v.

OFFICER MAHN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5116RJB/JRC

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

This action is dismissed WITH PREJUDICE as the force used by the defendant was used to restore order and did not violate the cruel and unusual punishment clause of the Eighth Amendment.

___August 11, 2010___
Date

____BRUCE RIFKIN____
Clerk

____s/CM Gonzalez_____
Deputy Clerk